IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN PALMER and ANDREW ERHART, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 06-353-KAJ ) ) ) ) ) ) ) ) |

**DISCLOSURE OF DEFENDANTS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Lowe's Home Centers, Inc., Lowe's HIW, Inc., The Contractor Yard, Inc., and Lowe's Companies, Inc., by and through their undersigned attorneys, hereby certify as follows:

- Lowe's Home Centers, Inc. and Lowe's HIW, Inc. are wholly-owned by Lowe's Companies, Inc., which is a publicly-held corporation.

- Lowe's Companies, Inc. has no parent corporation, and no publicly-held corporation owns ten percent or more of Lowe's Companies, Inc.'s stock.

- The Contractor Yard, Inc. is wholly-owned by Lowe's Home Centers, Inc.

POTTER ANDERSON & CORROON LLP

By: *Elizabeth King*
Jennifer Gimler Brady (Del. Bar 2874)
Elizabeth King (Del. Bar 4475)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile

jbrady@potteranderson.com – Email
eking@potteranderson.com – Email

*Attorneys for Defendants*

OF COUNSEL:

Robert G. Lian, Jr.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 887-4000 - Telephone
(202) 887-4288 - Facsimile

Dated: June 19, 2006
PA&C-737412v1

**CERTIFICATE OF SERVICE**

I, Elizabeth King, hereby certify this 19th day of June, 2006, that the foregoing **DISCLOSURE OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> G. Kevin Fasic, Esq.
> Tighe, Cottrell & Logan, P.A.
> First Federal Plaza, Suite 500
> 704 North King Street
> P.O. Box 1031
> Wilmington, DE 19899

*Elizabeth King* (signature)
Elizabeth King (#4475)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
eking@potteranderson.com

*Attorneys for Defendants*