IN THE UNITED STATES DISTRICT COURT

OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN PALMER and ANDREW ERHART,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC.,<br><br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-353-KAJ |

### ENTRY OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Jennifer Gimler Brady, Potter Anderson & Corroon LLP, as lead counsel for defendants in connection with the captioned matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. 2874)
Elizabeth King (Bar I.D. #4475)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Telephone
jbrady@potteranderson.com – Email
eking@potteranderson.com – Email

*Attorneys for Defendants*

OF COUNSEL:

Robert G. Lian, Jr.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 887-4000 - Telephone
(202) 887-4288 - Facsimile

Dated: June 27, 2006
PA&C-738873v1

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 27th day of June, 2006, that the foregoing **ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

>G. Kevin Fasic, Esq.
>Tighe, Cottrell & Logan, P.A.
>First Federal Plaza, Suite 500
>704 North King Street
>P.O. Box 1031
>Wilmington, DE 19899

>/s/ Jennifer Gimler Brady
>Jennifer Gimler Brady (#2874)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>jbrady@potteranderson.com

*Attorneys for Defendants*