# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*
704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*Toll Free: (800) 645-6401*
*WRITER'S EMAIL:* k.fasic@lawtcl.com

BRANCH OFFICES:
13 WEST AVENUE                    1220C EAST JOPPA ROAD              2017 SPRING GARDEN STREET
P.O. BOX 303                      SUITE 505                          PHILADELPHIA, PA 19130-3804
WOODSTOWN, NJ 08098               TOWSON, MD 21286

**By Electronic Filing Only**

July 7, 2006

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Wilmington, DE 19801

      RE:    Glenn Palmer, et al. v. Lowe's Home Centers, Inc., et al.
              Civil Action No. 06-353 KAJ
              Our File No. 8919

Dear Judge Jordan:

      Pursuant to Your Honor's Order of June 27, a copy of the proposed Scheduling Order is being electronically filed simultaneous with this correspondence. The dates identified therein were agreed to by counsel, and a draft of the proposed Scheduling Order was agreed to by all counsel.

      Very truly yours,

      TIGHE, COTTRELL & LOGAN, P.A.

      By:   /s/ G. Kevin Fasic
            G. Kevin Fasic, Esquire (DE 3496)

GKF/jt
cc:    Jennifer Gimler Brady, Esquire (by electronic filing only)