IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN PALMER and ANDREW ERHART, <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 06-353-KAJ ) ) ) ) ) ) ) |

### NOTICE OF SERVICE

I, Elizabeth King, hereby certify this 24th day of July, 2006, that two (2) true and correct copies of **DEFENDANTS' STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)** was served on the following counsel of record by hand delivery:

> G. Kevin Fasic, Esq.
> Tighe, Cottrell & Logan, P.A.
> First Federal Plaza, Suite 500
> 704 North King Street
> Wilmington, DE 19801

> POTTER ANDERSON & CORROON LLP
>
> By: *Elizabeth King*
> Jennifer Gimler Brady (Del. Bar 2874)
> Elizabeth King (Del. Bar 4475)
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, Delaware 19899-0951
> (302) 984-6000 - Telephone
> (302) 658-1192 - Facsimile
> jbrady@potteranderson.com
> eking@potteranderson.com

Dated: July 24, 2006

*Attorneys for Defendants*