IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN PALMER and ANDREW ERHART,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-353-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert G. Lian, Jr., Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Ave., NW, Washington, D.C. 20036, to represent Defendants Lowe's Home Centers, Inc., Lowe's HIW, Inc., The Contractor Yard, Inc. and Lowe's Companies, Inc. in this matter.

　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

　　　　　　　　　　　　　　　　　　　　By  *Elizabeth King*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　Jennifer Gimler Brady (Del. Bar 2874)
　　　　　　　　　　　　　　　　　　　　Elizabeth King (Del. Bar 4475)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza, Sixth Floor
OF COUNSEL:　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 951
Robert G. Lian, Jr.　　　　　　　　　　　Wilmington, Delaware 19899-0951
Akin Gump Strauss Hauer & Feld LLP　　(302) 984-6042 – Telephone
1333 New Hampshire Ave., NW　　　　(302) 658-1198 – Facsimile
Washington, D.C. 20036　　　　　　　　jbrady@potteranderson.com – Email
(202) 887-4000 - Telephone　　　　　　eking@potteranderson.com – Email
(202) 887-4288 - Facsimile
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Dated: July 25, 2006
PA&C-738924v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: July 24, 2006

Robert G. Lian, Jr.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 887-4000 - Telephone
(202) 887-4288 - Facsimile

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____                                         _____
                                                                                                        United States District Judge

**CERTIFICATE OF SERVICE**

I, Elizabeth King, hereby certify this 25th day of July, 2006, that the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

G. Kevin Fasic, Esq.
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
704 North King Street
P.O. Box 1031
Wilmington, DE 19899

*Elizabeth King*
Elizabeth King (#4475)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
eking@potteranderson.com

*Attorney for Defendants*