IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLENN PALMER, and ANDREW ERHART, | : : : | |
| Plaintiffs, | : : | Civil Action No. 06-353 (KAJ) |
| v. | : : | Jury Trial Demanded |
| LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., | : : : : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff's Initial Disclosures

Pursuant to Rule 26(a)(1) are being served, this 28th day of July, 2006, as indicated below:

**By Hand Delivery**
Jennifer Gimler Brady, Esquire
Elizabeth King, Esquire
Potter, Anderson & Corroon, LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

**By Regular Mail, Postage Pre-Paid**
Robert G. Lian, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., NW
Washington, DC 20036

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)