IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLENN PALMER, and ANDREW ERHART, | : : : | |
| Plaintiffs, | : : | Civil Action No. 06-353 (KAJ) |
| v. | : : : | Jury Trial Demanded |
| LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., | : : : : : | |
| Defendant. | : | |

## SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of the law firm Tighe, Cottrell & Logan, P.A. as counsel for the plaintiffs in the above-captioned action and substitute the Law Offices of G. Kevin Fasic, with offices as set forth below, as counsel for that party. Counsel of record, G. Kevin Fasic, Esquire, shall remain the same.

               LAW OFFICES OF G. KEVIN FASIC

               By: /s/ G. Kevin Fasic
                  G. Kevin Fasic, Esquire (DE 3496)
                  1225 King Street, Suite 200
                  Legal Arts Building
                  Wilmington, DE 19801
                  (302) 654-4501 - Telephone
                  (302) 654-4406 - Facsimile
                  k.fasic@lawgkf.com - E-Mail

                  *Attorneys for Plaintiffs*
                  *Glenn Palmer and Andrew Erhart*

Dated: September 19, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLENN PALMER, and ANDREW ERHART, | : : : | |
| Plaintiffs, | : : | Civil Action No. 06-353 (KAJ) |
| v. | : : | Jury Trial Demanded |
| LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., | : : : : : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, G. Kevin Fasic, Esquire, hereby certify this 19th day of September, 2006 that I caused a true and correct copy of the foregoing Substitution of Counsel to be served, by Regular Mail, Postage Pre-Paid, upon the following:

> Jennifer Gimler Brady, Esquire
> Elizabeth King, Esquire
> Potter, Anderson & Corroon, LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951

> Robert G. Lian, Esquire
> Akin, Gump, Strauss, Hauer & Feld, LLP
> 1333 New Hampshire Ave., NW
> Washington, DC 20036

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)