IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLEN PALMER and ANDREW ERHART,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 06-353-*** (MPT) |

## JOINT STATUS REPORT

Pursuant to the Court's December 19, 2006 Order, Plaintiffs Glenn Palmer and Andrew Erhart and Defendant Lowe's Home Centers, Inc., submit the following Joint Status Report, and state as follows:

1. Present Status of Case: The parties are currently engaged in settlement discussions and are optimistic that a resolution can be reached prior to the discovery cutoff date. A mediation conference has been scheduled for March 28, 2007 before Magistrate Judge Thynge.

2. Outstanding Motions: None.

3. Status of Discovery: The parties have made initial disclosures under Fed. R. Civ. P. 16(a)(1). In addition, the parties have engaged in informal discovery as part of their effort to reach an efficient and early resolution of the claims in this case.

4. Pertinent Dates:

    **January 2, 2007**:   Joint Status Report due

    **January 11, 2007**:   Status Conference

| | |
|---|---|
| **January 30, 2007**: | Mediation Status Conference |
| **February 28, 2007**: | Discovery Cutoff |
| **March 15, 2007**: | Dispositive motions due |
| **March 16, 2007**: | Mediation Conference Statement due |
| **March 28, 2007**: | Mediation Conference |
| **July 16, 2007**: | Joint Proposed Pretrial Order due |
| **August 15, 2007**: | Final Pretrial Conference |
| **September 4, 2007**: | Trial |

By: /s/ G. Kevin Fasic
G. Kevin Fasic (Del. Bar 3496)
Law Offices of G. Kevin Fasic
1225 King Street, Suite 200
Wilmington, DE 19801
Telephone: (302) 654-4501
Facsimile: (302) 654-4406
k.fasic@lawgkf.com – Email

*Attorney for Plaintiffs*

By: /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. Bar 2874)
Elizabeth King (Del. Bar 4475)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
jbrady@potteranderson.com - Email
eking@potteranderson.com - Email

and

By: /s/ Robert G. Lian, Jr.
Robert G. Lian, Jr.
(admitted pro hac vice)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 2003
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
blian@akingump.com - Email

*Attorneys for Defendant Lowe's Home Centers, Inc.*

Dated: January 2, 2007
PA&C-769895v1

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 2nd day of January, 2007, that the foregoing **JOINT STATUS REPORT** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record that the document is available for viewing and downloading from CM/ECF:

> G. Kevin Fasic, Esq.
> Law Offices of G. Kevin Fasic
> Legal Arts Building
> 1225 King Street, Suite 200
> Wilmington, DE 19801

> /s/ Jennifer Gimler Brady
> Jennifer Gimler Brady (#2874)
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, Sixth Floor
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899
> (302) 984-6000 - Telephone
> (302) 658-1192 - Facsimile
> jbrady@potteranderson.com – Email

*Attorneys for Defendants*