IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN PALMER and ANDREW ERHART,<br><br>    Plaintiffs,<br><br>    v.<br><br>LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 06-353-KAJ ) ) ) ) ) ) ) ) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William F. Allen, Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Ave., NW, Washington, D.C. 20036, to represent Defendant Lowe's Home Centers, Inc.

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer Gimler Brady
Jennifer Gimler Brady (Del. Bar 2874)
Elizabeth King (Del. Bar 4475)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6042 – Telephone
(302) 658-1198 – Facsimile
jbrady@potteranderson.com – Email
eking@potteranderson.com – Email

*Attorneys for Defendant Lowe's Home Centers, Inc.*

OF COUNSEL:

Robert G. Lian, Jr.
William F. Allen
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 887-4000 - Telephone
(202) 887-4288 - Facsimile

Dated: January 3, 2007
PA&C-769812v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Date: 3 January 2007

William Allen
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 887-4000 - Telephone
(202) 887-4288 - Facsimile

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____            _____
                                                      United States District Judge

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 3rd day of January, 2007, that the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

        G. Kevin Fasic, Esq.
        Law Offices of G. Kevin Fasic
        Legal Arts Building
        1225 King Street, Suite 200
        Wilmington, DE 19801

        /s/ Jennifer Gimler Brady
        Jennifer Gimler Brady (Del. Bar 2874)
        POTTER ANDERSON & CORROON LLP
        Hercules Plaza, Sixth Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, DE 19899
        (302) 984-6000 - Telephone
        (302) 658-1192 - Facsimile
        jbrady@potteranderson.com

        *Attorney for Defendant Lowe's Home Centers, Inc.*