IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENN PALMER and ANDREW ERHART, | : : : |
| Plaintiffs, | : : |
| v. | :   Civil Action No. 06-353-*** (MPT) |
| | : : |
| LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., | : : : : |
| Defendant. | : : |

### ORDER

At Wilmington, Delaware, this **12th** day of **January, 2007.**

On January 11, 2007, a status teleconference was held with counsel and Judge Thynge. As a result of that teleconference,

IT IS ORDERED that the Scheduling Order is modified as follows:

Discovery Cutoff:             April 30, 2007

Case Dispositive Motions Due:   May 25, 2007

At present, the provisions of the Scheduling Order not modified by this Order remain in effect. Further, the date of the submissions for mediation and the mediation date and time remain in effect.

IT IS FURTHER ORDERED that the teleconference scheduled for January 30, 2007 at 9:00 a.m. is **rescheduled to 4:00 p.m. on the same date. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE