**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GLENN PALMER and ANDREW ERHART, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 06-353-*** |
| | : | |
| LOWE'S HOME CENTERS, INC., a/k/a | : | |
| LOWE'S HIW, INC., a/k/a THE | : | |
| CONTRACTOR YARD, INC., a/k/a | : | |
| LOWE'S COMPANIES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington, Delaware, this **13**th day of **February, 2007.**

In light of the email received from counsel on February 12, 2007, advising of the status of negotiations,

IT IS ORDERED that the mediation submission date and the mediation date are canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE