## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLEN PALMER and ANDREW ERHART | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 06-353-*** (MPT) |
| LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Having considered the parties' Joint Motion to File Confidential Stipulation of Settlement

Under Seal and the entire record herein, and good cause having been shown, the Court GRANTS

the parties' motion.  It is ORDERED that the parties may file under seal their Joint Motion for

Approval of Confidential Stipulation of Settlement and Entry of Stipulated Judgment,

Memorandum in Support thereof, the Confidential Stipulation of Settlement attached thereto as

Exhibit 1, and Proposed Order for approval of the Confidential Stipulation of Settlement, and

that such documents shall remain SEALED following the date of entry of this Order.

SO ORDERED this _16_ of May, 2007.

Hon. Mary Pat Thynge
United States Magistrate Judge