**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLEN PALMER and ANDREW ERHART | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.  06-353 (***) ) |
| LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**JOINT CONSENT TO THE EXERCISE OF
JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States Magistrate Judge enter an order approving the Confidential Stipulation of Settlement and Entry of Stipulated Judgment, which order shall constitute a final disposition of the case.


LAW OFFICES OF G. KEVIN FASIC                POTTER ANDERSON & CORROON LLP



By:  /s/ G. Kevin Fasic                          By:  /s/ Jennifer Gimler Brady
    G. Kevin Fasic                                   Jennifer Gimler Brady
    Law Offices of G. Kevin Fasic              Elizabeth King
    1225 King Street, Suite 200                 Hercules Plaza, Sixth Floor
    Wilmington, DE  19801                        1313 North Market Street
    Telephone:  (302) 654-4501                 P.O. Box 951
    Facsimile:  (302) 654-4406                  Wilmington, DE  19899-0951
                                          Telephone:  (302) 984-6000
*Attorney for Plaintiffs*                            Facsimile:  (302) 658-1192

OF COUNSEL:

Robert G. Lian, Jr.
William F. Allen
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  2003
Telephone:  (202) 887-4000
Facsimile:  (202) 887-4288

*Attorneys for Defendant Lowe's Home
Centers, Inc.*

Dated:  May 25, 2007

## **ORDER OF REFERENCE**

IT IS SO ORDERED that this case be referred to United States Magistrate Judge Mary Pat Thynge, to enter an order approving the Confidential Stipulation of Settlement and Entry of Stipulated Judgment, which order shall constitute a final disposition of this case.

_____          _____
Date                                                     United States District Judge