IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLEN PALMER and ANDREW ERHART,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC., a/k/a LOWE'S HIW, INC., a/k/a THE CONTRACTOR YARD, INC., a/k/a LOWE'S COMPANIES, INC.,<br><br>Defendants. | Civil Action No. 06-353-*** (MPT) |

## ORDER

Having considered the parties' Joint Motion for Approval of Confidential Stipulation of Settlement and Entry of Stipulated Judgment and the entire record herein, the Court **FINDS** that the parties' settlement agreement reflects a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") provisions, 29 U.S.C. §§ 201-219, in all respects, and that said settlement agreement, which was filed under seal in accordance with the Court's May 18, 2007 Order, shall remain under seal. It is hereby **ORDERED** that the above-captioned case and all claims contained therein are dismissed with prejudice upon the entry of this Order.

It is **SO ORDERED**.

Dated: May 31, 2007.

Hon. Mary Pat Thynge
United States Magistrate Judge

3